UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GARY LUCKENBAUGH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  4:12-cv-03698-AKK |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

### MEMORANDUM OPINION

On January 27, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On February 10, 2014, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and plaintiff's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the Commissioner's decision be affirmed and the motion to remand be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 18th day of February, 2014.

                                                _____
                                                      **ABDUL K. KALLON**
                                            UNITED STATES DISTRICT JUDGE